```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone No. (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CIV-S-04-2404  WBS JFM
                                  )
12              Plaintiff,        )   EX PARTE APPLICATION FOR
                                  )   ORDER SETTING STATUS
13       v.                       )   (PRETRIAL SCHEDULING)
                                  )   CONFERENCE AND [PROPOSED]
14  APPROXIMATELY $343,041.70     )   ORDER
    IN U.S. CURRENCY, etc.        )
15                                )
                                  )
16              Defendants.       )
                                  )
17  _____)
                                  )
    BUN K. SOUNG                  )
18  SEKHARITH BE,                 )
                                  )
19              Claimants         )
    _____)
20
```

21      Plaintiff, the United States of America, through its

22 attorney, Courtney J. Linn, applies ex parte for an order setting

23 a Status (pretrial scheduling) Conference.

24      This is an in rem civil forfeiture action.  Bun K. Soung and

25 Sekharith Be are the claimants to the funds subject to

26 forfeiture.  No other claimants have come forward and the time

27 for filing a claim has expired.

28

The United States requests that the Court set this matter for an initial Status (pretrial scheduling) Conference. Counsel for the government has conferred with counsel for the claimants and each are available on June 20, 2005.

Dated: 5/19/05         McGREGOR W. SCOTT
                       United States Attorney


                       /s/ Courtney J. Linn
                       COURTNEY J. LINN
                       Assistant U.S. Attorney


ORDER

For cause shown, a Status (pretrial scheduling) Scheduling Conference is hereby set in this matter for June 20, 2005, at 9:00 a.m. in Courtroom No 5. At least seven calendar days prior to that date, the parties shall submit a joint status report.

IT IS SO ORDERED.

DATED: May 20, 2005


                       WILLIAM B. SHUBB
                       UNITED STATES DISTRICT JUDGE

2